E-ZPass New Jersey
P.O. Box 4971
Trenton, NJ 08650

E-ZPass New York
P.O. Box 15186
Albany, NY 12212

E-ZPass Maryland
1200 Frankfurst Ave
Baltimore, MD 21226

E-ZPass Pennsylvania
300 E Park Dr #2729
Harrisburg, PA 17111

E-ZPass Delaware
22-24 West Loockerman Street
Dover, DE 19904

Lynne Carlson
10708 Javins Street
Glenn Dale, MD 20769

AcceptanceNow
5501 Headquarters Drive
Plano, TX 75024